UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA,

    -v-                             No. 25-CR-499-LTS

YURI RUBIN,

        Defendant.

----------------------------------------------------------x

ORDER

Because Defendant Yuri Rubin was sentenced to time served on March 3, 2026, he is hereby ordered released from the custody of the United States Marshals Service.

SO ORDERED.

Dated: New York, New York
       March 3, 2026

LAURA TAYLOR SWAIN
Chief United States District Judge

RUBIN ORDER                    MARCH 3, 2026           1